IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02909-GPG

LATOYA GRADY,

    Plaintiff,

v.

DIRECTV CUSTOMER SERVICES INC,
BARNETT ASSOCIATES INC,
LAURA BARNETT,
ALAN PALMER,
JESSICA SISNEROS,
ROCIO VEGA, and
JOHN DOES 1-10,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Latoya Grady, initiated this action by filing *pro se* a Title VII Complaint and Jury Trial Demand (ECF No. 1).  On October 30, 2014, Magistrate Judge Boyd N. Boland ordered Ms. Grady to file an amended complaint that provides an address for each Defendant and that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.  Ms. Grady was warned that the action would be dismissed without further notice if she failed to file an amended complaint within thirty days.

    Ms. Grady has failed to file an amended complaint that complies with the pleading requirements of Rule 8 within the time allowed and she has failed to respond in any way to Magistrate Judge Boland's October 30 order.  Therefore, the action will be

dismissed without prejudice for failure to prosecute and comply with a court order. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal she also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Title VII Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Ms. Grady failed to prosecute and comply with a court order.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   5th   day of   December  , 2014.

BY THE COURT:

   s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court